IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCES, CO. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PACIFIC MACHINERY, INC., | ) | No. 03-1906C |
| | ) | (Judge Block) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 35 days, to and including November 18, 2003, within which to file and to serve its response to the complaint. Our response is currently due on October 14, 2003. We notified plaintiff's counsel, Nicholas G. Karambelas, of our intent to request an enlargement of time and he informed us that plaintiff will not oppose this, our first request for an enlargement of time for this purpose.

Counsel for the United States Navy ("the Navy") has not yet had an opportunity to prepare a litigation report pursuant to 28 U.S.C. § 520. W currently anticipate that the requested 35 days will allow us sufficient time to review the litigation report, to complete the Government's response to the complaint, and to have the response reviewed by counsel's supervisor.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until November 18, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

ELIZABETH RIVERA
Department of the Navy
Office of the General Counsel
1942 Gaffney St., Suite 100, Code 03
Pearl Harbor, HI 96860-4549

October 14, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of October, 2003, I caused to served by mail a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Nicholas G. Karambelas
Sifkas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004

____________________________________