IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCES, CO. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PACIFIC MACHINERY, INC., | ) | No. 03-1906 |
| | ) | ( Judge Block) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MICHAEL F. BAHLER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-3020
Fax: (202) 514-8624

Dated: October 17, 2003