IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCES, CO. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PACIFIC MACHINERY, INC., | ) | No. 03-1906C |
| | ) | ( Judge Block) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including February 6, 2004, within which to file a joint preliminary status report ("JPSR"). The JPSR presently is due on January 7, 2004. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension. This is our first request for an enlargement of time for this purpose.

The additional time is needed to allow the parties to agree upon the contents of the JPSR. We currently anticipate that the requested 30 days will allow us sufficient time to complete the JPSR and file it with the Court.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until February 7, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

ELIZABETH RIVERA
Department of the Navy
Office of the General Counsel
1942 Gaffney St., Suite 100, Code 03
Pearl Harbor, HI 96860-4549

January 6, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of January, 2004, I caused to served by mail a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Nicholas G. Karambelas
Sifkas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004

____________________________________