**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY<br>as Subrogee of Pacific Machinery, Inc.<br>900 Dominion Towner<br>625 Liberty Avenue<br>Pittsburgh, PA 15222<br><br>and<br><br>PACIFIC MACHINERY, INC.<br>94-025 Farrington Highway<br>Waipahu, Hawaii 96797-2201<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA<br>(Department of Navy, Fleet and Industrial Supply Center)<br>1942 Gaffney Street<br>Suite 100<br>Pearl Harbor, Hawaii 96880-4549<br><br>and<br><br>(Pearl Harbor Naval Shipyard)<br>667 Avenue E, Suite 100<br>Pearl Harbor, Hawaii 96860-5033<br><br>Defendant | **CIVIL ACTION NO. 03-1906C**<br><br>**JUDGE BLOCK** |

**JOINT STATUS REPORT WITH PROPOSED DISCOVERY DEADLINES**

Pursuant to the Order of this Court dated February 24, 2004 for the Parties to file a joint status report with discovery deadlines under RCFC Appendix A5, the Parties submit the following schedule:

1. All fact discovery shall be completed no later than May 31, 2005.

2. The Plaintiff shall identify its expert(s) and produce any expert reports no later than February 28, 2005.

3. The Defendant shall identify its expert(s) and produce any expert reports no later than March 31, 2005.

4. All depositions shall be completed no later than May 15, 2005.

Dated: March 2, 2004

BY:_s/Nicholas G. Karambelas_____
NICHOLAS G. KARAMBELAS
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20004
Tel. (202) 661-4614
FAX (202) 363-2882

BY:_s/Michael F. Bahler____
MICHAEL F. BAHLER
Attorney, Commercial Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 305-3020