IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1906C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

---

# DEFENDANT'S APPENDIX IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

Attorneys for Defendant

Of Counsel:

ELIZABETH RIVERA
Counsel
Fleet and Industrial Supply Center
1942 Gaffney St.
Suite 100
Pearl Harbor, HI 96860
Tele: (808) 473-4144
Fax: (808) 473-2797

November 24, 2004

# INDEX TO APPENDIX

**Document** **Page(s)**

Contract No. N00604-00-P-A015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-36

October 27, 1999 Contract Modification No. 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

December 15, 1999 Contract Modification No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38-39

December 23, 1999 Contract Modification No. 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40-43

July 14, 2000 Contract Modification No. 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44-45

May 10, 2002 Contract Disputes Act Claim from Pacific Machinery . . . . . . . . . . . . . . . . . . 46-58

May 10, 2002 Federal Tort Claims Act Claim from Pacific Machinery . . . . . . . . . . . . . . . . 59-61

June 25, 2002 Claims Officer's Decision . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

September 10, 2002 Contracting Officer's Final Decision . . . . . . . . . . . . . . . . . . . . . . . . . . 63-67

Insurance Policy No. 6414323 between Pacific Machinery and AHAC . . . . . . . . . . . . . . . . 68-73

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: N3225300RC7001
PAGE 1 OF 5

2. CONTRACT NO.: N00604-00-P-A015
3. AWARD/EFFECTIVE DATE: 01-Oct-1999
4. ORDER NUMBER:
5. SOLICITATION NUMBER: N00604-99-T-A217
6. SOLICITATION ISSUE DATE: 9/29/99

7. FOR SOLICITATION INFORMATION CALL: a. NAME: Kathleen Verbeckmoes
b. TELEPHONE NUMBER *(No Collect Calls)*: (808) 473-7514
8. OFFER DUE DATE/LOCAL TIME: 9/30/99

9. ISSUED BY — CODE: N00604
Fleet and Industrial Supply Center (FISC)
Regional Contracting Department
1942 Gaffney Street, Suite 100
PEARL HARBOR, HI 96860-4549
TEL:
FAX: (808) 473-2008

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7353
SIZE STANDARD: 5.0 M

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: NET 30 DAYS

13 a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13 b. RATING

14. METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE:
SEE SCHEDULE

16. ADMINISTERED BY — CODE:
SEE ITEM 9

17 a. CONTRACTOR/OFFEROR — CODE: 797674397 — FACILITY CODE: 5E045
PACIFIC MACHINERY INC
94-025 FARRINGTON HWY
WAIPAHU, HI US 96797-2201
TELEPHONE NO.

18 a. PAYMENT WILL BE MADE BY — CODE: HQ0111
DFAS-PC/FPVN
BLDG 77, BOX 1392, FORD ISLAND
PEARL HARBOR, HI 96860-7554

17 b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [X] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
AA 1701804 70BA 000 32253 0 045924 2D C70001 322530BC094Q $ 192,350.00

26. TOTAL AWARD AMOUNT: $192,350.00

[ ] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [X] ARE NOT ATTACHED

28. [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE ATTN: JUNE NAKAGAWA
[X] OFFER DATED 29-Sep-1999. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR: June Nakagawa

31 a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*: M. K. Mattson

30 b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*: JUNE NAKAGAWA RENTAL COORDINATOR
30 c. DATE SIGNED: 10/7/99

31 b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*: Marguerite K. Mattson
31 c. DATE SIGNED: 08-Oct-1999

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32 c. DATE

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41 c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015 | PAGE<br>2 OF 5 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

ACTIVITY POINT OF CONTACT: GUY OKUMURA, (808) 474-9206

MODIFICATION REQUESTS MUST BE IN WRITING & MAILED TO:
FLEET AND INDUSTRIAL SUPPLY CENTER
REGIONAL CONTRACTING DEPARTMENT, CODE 201A.KV
1942 GAFFNEY STREET
PEARL HARBOR, HI 96860-4549
E-MAIL: kathleen_m_verbeckmoes@pearl.fisc.navy.mil
TEL: (808) 473-7514 FAX: (808) 473-4963

BLOCK 18b: SUBMIT INVOICES TO:

PEARL HARBOR NAVAL SHIPYARD & IMF
ATTN: CODE 630.4 SERVICES TECH
401 AVENUE E, SUITE 124
PEARL HARBOR, HI 96860-5033

NOTICE TO SUPPLIER: FAR 52.232-18 APPLIES, AVAILABILITY OF FUNDS.

**********************************************************************************************
THE FOLLOWING IS HEREBY INCORPORATED AND MADE A PART OF THIS CONTRACT.
1. REQUEST FOR QUOTATION: N00604-99-T-A217, PAGES 1 THRU 36, DATED 9/29/99.
2. PACIFIC MACHINERY QUOTE REPLY DATED 9/29/99.
3. FAR 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATION-COMMERCIAL ITEMS: ARE FILED INTO THE CONTRACT FOLDER.
**********************************************************************************************

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015 | PAGE<br>3 OF 5 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

SECTION SF 1449 CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 12.00000 | Months | $9,000.00000 | $108,000.00 |

EXTENSION OF CONTRACT N0060499M1079 FOR FY00
RENTAL OF (1) 131' MANLIFT (JLG)
MILSTRIP N3225300RC70001
PURCHASE REQUEST NUMBER N3225300RC7001
FOB Destination
PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00
SUPPLEMENTARY address

NET AMT $108,000.00

ACRN AA Funded Amount $108,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 12.00000 | Months | $7,000.00000 | $84,000.00 |

RENTAL OF (1) 106' MANLIFT (JLG)
MILSTRIP N3225300RC70001
PURCHASE REQUEST NUMBER N3225300RC7001
FOB Destination
PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00
SUPPLEMENTARY address

NET AMT $84,000.00

ACRN AA Funded Amount $84,000.00

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015 | PAGE<br>4 OF 5 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1.00000 | Lot | $350.00000 | $350.00 |

PICK-UP CHARGES
BOTH MACHINES WERE DELIVERED WITH FULL TANK (45 GAL) OF DIESEL. MACHINES ARE TO BE RETURNED WITH FULL TANK OR WILL BE CHARGE OF $1.45 PER GALLON.*****HAULING CHARGES ARE APPLIED TO PURCHASE ORDER N00604-99-M-1079****
MILSTRIP N3225300RC70001
PURCHASE REQUEST NUMBER N3225300RC7001
FOB Destination
PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00
SUPPLEMENTARY address

NET AMT $350.00

ACRN AA Funded Amount $350.00

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |

ACCOUNTING AND APPROPRIATION DATA

| CONTRACT ACRN | FUNDING DATA | COST CODE | AMOUNT |
|---|---|---|---|
| AA | 1701804 70BA 000 32253 0 045924 2D C70001 | 322530BC094Q | $192,350.00000 |

| FUNDING ACRN | JOB ORDER NO | JOB ORDER QTY | JOB ORDER AMOUNT |
|---|---|---|---|

NSN 7540-01-152-8057 50336-101 OPTIONAL FORM 336A (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015 | PAGE<br>5 OF 5 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

CLAUSES INCORPORATED BY FULL TEXT

52.232-18 AVAILABILITY OF FUNDS (APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

To:

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30

1. REQUISITION NUMBER: N3225300RC7001
PAGE 1 OF 35
2. CONTRACT NO.:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: N00604-99-T-A217
6. SOLICITATION ISSUE DATE: 29-Sep-1999
7. FOR SOLICITATION INFORMATION CALL: a. NAME: Kathleen M. Verbeckmoes — Fax: 473-4963
b. TELEPHONE NUMBER (No Collect Calls): (808) 473-7514
8. OFFER DUE DATE/LOCAL TIME: 30-Sep-1999 00:00

9. ISSUED BY — CODE N00604
Fleet and Industrial Supply Center (FISC)
Regional Contracting Department
1942 Gaffney Street, Suite 100
PEARL HARBOR, HI 96860-4549
TEL:
FAX: (808) 473-2008

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 7353
SIZE STANDARD: 5.0M

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

13 a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13 b. RATING

14. METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE
**SEE SCHEDULE**

16. ADMINISTERED BY — CODE
**SEE ITEM 9**

17 a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE
Pacific Machinery
Att: June Nakagawa
676-0377
TELEPHONE NO.

18 a. PAYMENT WILL BE MADE BY — CODE

[ ] 17 b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18 b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18 a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21 QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
26. TOTAL AWARD AMOUNT

[X] 27 a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED
[ ] 27 b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES
[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30 a. SIGNATURE OF OFFEROR/CONTRACTOR: June Nakagawa
31 a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30 b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): June Nakagawa, Rental Coordinator
30 c. DATE SIGNED: 9/29/99
31 b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
31 c. DATE SIGNED

32 a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED
33. SHIP NUMBER — [ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32 b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32 c. DATE
36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER
38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41 a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41 b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41 c. DATE
42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION — STANDARD FORM 1449

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>2 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery Inc.

***DRAFT***

SECTION SF 1449 CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 12.00000 | Months | | |
| | EXTENSION OF CONTRACT N0060499M1079 FOR FY00<br>RENTAL OF (1) 131' MANLIFT (JLG)<br>MILSTRIP N3225300RC70001<br>PURCHASE REQUEST NUMBER N3225300RC7001<br>FOB Destination<br>PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00<br>SUPPLEMENTARY address | | | | |
| | | | | $9,000.00/mo | $108,000.00 |
| | | | | NET AMT | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 12.00000 | Months | | |
| | RENTAL OF (1) 106' MANLIFT (JLG)<br>MILSTRIP N3225300RC70001<br>PURCHASE REQUEST NUMBER N3225300RC7001<br>FOB Destination<br>PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00<br>SUPPLEMENTARY address | | | | |
| | | | | $7,000.00/mo | $84,000.00 |
| | | | | NET AMT | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 3 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1.00000 | Lot | | |
| | PICK-UP CHARGES | | | $350.00 | $350.00 |

BOTH MACHINES WERE DELIVERED WITH FULL TANK (45 GAL) OF DIESEL. MACHINES ARE TO BE RETURNED WITH FULL TANK OR WILL BE CHARGE OF $1.45 PER GALLON.*****HAULING CHARGES ARE APPLIED TO PURCHASE ORDER N00604-99-M-1079****
MILSTRIP N3225300RC70001
PURCHASE REQUEST NUMBER N3225300RC7001
FOB Destination
PERIOD OF PERFORMANCE 01 OCT 99 TO 30 SEP 00
SUPPLEMENTARY address

Per June 9/30/99 $175.00 for each, therefore req'd is for 2 1EA

NET AMT

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |

CLAUSES INCORPORATED BY FULL TEXT

**NOTE TO PAYMENT OFFICE - ADDRESS OF PAYEE (FISCPH) (SEP1999)**

Payment shall be mailed to address on face of contract unless offeror has indicated in the space provided below a different address to which payment should be mailed.

______________________________

______________________________

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>4 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(Offeror shall fill in, if applicable)

**REPRESENTATIVE OF THE CONTRACTOR (FISCPH) (SEP1999)**

In the event your firm receives a contract as a result of this solicitation, designate a person whom the Government may contact during the period of the contract for prompt contract administration.

Name: June Nakagawa
Title: Rental Coordinator
Address: 94-025 Farrington Hwy
Waipahu, HI 96797

Telephone: 808/676-0227
Fax: 808/676-0377

**RENTAL (SEP 1999)**
The Government will pay rent for the property at the rental specified herein. In the case of property rented at a monthly rental rate, the rent shall begin with respect to such property at the beginning of the term of this lease, and shall continue to the date on which this lease expires or is terminated with respect to said property; and rent accruing during the month of delivery of any property and the month of return of any property to the Contractor shall be prorated on the basis of a thirty-day month. No rent shall accrue with respect to any property furnished by the Contractor which the Contracting Officer determines is not of satisfactory quality or in good operating condition, under the terms of the clause entitled "Condition of the Rented Property", unless and until such property is replaced or the defect or defects are corrected. No rent shall accrue with respect to any property during any period when such property is unserviceable or during any period when such property is unusable as a result of the failure of the Contractor to render services in connection with operation and maintenance of the equipment as hereinafter required.

**CONDITION OF RENTED PROPERTY (SEP 1999)**

The contractor shall furnish rented property which is of good quality and in first-class operating condition, and the Government shall promptly inspect and accept or reject said property. If the Contracting Officer determines that the rented property furnished hereunder is not of satisfactory quality or in good operating condition, the contractor shall promptly replace same upon receipt of written notice of such determination by the Contracting Officer. If the contractor fails to replace the rented property in accordance with the determination of the Contracting Officer the Government may: (i) by contract or otherwise replace or correct such property and charge to the contractor the cost occasioned the Government thereby; or (ii) terminate the contract for default as provided in the clause of this contract entitled "Default."

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>5 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

**RESPONSIBILITY FOR RENTED PROPERTY (SEP 1999)**

Except for reasonable wear and tear, the Government agrees to return the rented property in as good condition as when received, provided, however, if the rented property is operated by an employee of the contractor, the Government shall not be liable for damage to the rented property incident to such operation.

**SPECIFICATION CHANGES (FISCPH)(SEP 1999)**

1. Changes to specifications or other contract technical requirements are not allowed unless approved in writing by the contracting officer.

**SUBMIT INVOICES (FISCPH) (SEP1999)**

(a) The contractor shall submit his invoices in quadruplicate to:

PEARL HARBOR NAVAL SHIPYARD & IMF
ATTN: CODE 630.4 SERVICES TECH
401 AVENUE E, SUITE 124
PEARL HARBOR, HI 96860-5033

(b) Questions regarding invoice payment are to be directed first to the above activity, who is responsible for receiving/certifying the invoice. When it is confirmed that the invoice has been forwarded to the office cited on the award document in the block "Payment will be made by," questions should then be directed to that paying office.

**REPRESENTATIVE OF THE CONTRACTING OFFICER (FISCPH)(SEP1999)**

After award of the contract, the name, address, and phone number of the representative of the Contracting Officer is:

Kathleen M. Verbeckmoes Code 201A.KV
Contract Administrator
Regional Contracting Department
Fleet and Industrial Supply Center
1942 Gaffney Street, Suite 100
Pearl Harbor, Hawaii 96860-4549

Telephone No.: (808) 473-7514
Fax No.: (808) 473-4963
E-Mail: kathleen_m_verbeckmoes@pearl.fisc.navy.mil

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>6 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Pacific Machinery, Inc.

***DRAFT***

**RESPONSIBILITY INFORMATION (FISCPH) (SEP1999)**

(a) The offeror shall provide by separate attachment the following information to ensure that the Contracting Officer has sufficient information to evaluate the offeror's proposal for award. Under requirements of the Federal Acquisition Regulation (FAR), contract shall be awarded to responsible contractors only.

(1) A list of the three most recent sales of this or similar items/services to commercial concerns which includes:

(i) Name and address of the concern;

(ii) Contract or Order No.;

(iii) Total Contract Price;

(iv) Date of Sale;

(v) No. of units/quantity;

(vi) Unit price;

(vii) Description of item/service;

(viii) Name of contact person at the commercial concern;

(ix) Telephone number of contact person.

(2) A list of the three most recent sales of this or similar items/services to Government activities which includes:

(i) Name and address of the concern

(ii) Contract or Order No.

(iii) Total Contract Price

(iv) Date of Sale

(v) No. of units/quantity

(vi) Unit price

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 7 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Pacific Machinery, Inc.

**DRAFT**

(vii) Description of item/service

(viii)Name of contact person at the commercial concern

(ix) Telephone number of contact person

(3) Any other information that an offeror feels would assist the Contracting Officer in making a determination of its responsibility in regards to the areas discussed.

252.212-7000 OFFEROR REPRESENTATIONS AND CERTIFICATIONS- COMMERCIAL ITEMS. (NOV 1995)

(a) Definitions.

As used in this clause-

(1) Foreign person means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) United States person is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) Certification.

By submitting this offer, the Offeror, if a foreign person, company or entity, certifies that it -

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) Representation of Extent of Transportation by Sea. (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(2) Representation.

The Offeror represents that it-

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 8 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

___Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

___Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea Clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (JAN 1999)

(a) The Contractor agrees to comply with the Defense Federal Acquisition Regulation Supplement (DFARS) clause 252.247-7023, Transportation of Supplies by Sea, which is included in this contract by reference to implement 10 U.S.C. 2631.

(b) The Contractor agrees to comply with any clause that is checked on the following list of DFARS clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive Orders applicable to acquisitions of commercial items or components.

____ 252.206-7000 Domestic Source Restriction (10 U.S.C. 2304)
____ 252.225-7001 Buy American Act and Balance of Payment Program (41 U.S.C. 10a-10d, E.O. 10582).
____ 252.225-7007 Buy American Act--Trade Agreements--Balance of Payments Program (_____Alternate I) (41 U.S.C.10a-10d, 19 U.S.C. 2501-2518, and 19 U.S.C. 3301 note).
____ 252.225-7012 Preference for Certain Domestic Commodities.
____ 252.225-7014 Preference for Domestic Specialty Metals (10 U.S.C. 2241 note).
____ 252.225-7015 Preference for Domestic Hand or Measuring Tools (10 U.S.C. 2241 note).
____ 252.225-7021 Trade Agreements (____Alternate I) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).
____ 252.225-7027 Limitation on Sales Commissions and Fees (12 U.S.C. 2779).
____ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (22 U.S.C. 2755).
____ 252.225-7029 Restriction on Acquisition of Air Circuit Breakers (10 U.S.C. 2534(a)(3)).
____ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (____ Alternate I) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).
____ 252.227-7015 Technical Data--Commercial Items (10 U.S.C. 2320).
____ 252.227-7037 Validation of Restrictive Markings on Technical Data (10 U.S.C. 2321).
____ 252.243-7002 Certification of Requests for Equitable Adjustment (10 U.S.C. 2410).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items clause of this contract, the Contractor shall include the terms of the following clause, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 9 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (10 U.S.C. 2241 note).

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS—COMMERCIAL ITEMS (MAY 1999)

(a) The Contractor agrees to comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755); and

(2) 52.233-3, Protest after Award (31 U.S.C 3553).

(b) The Contractor agrees to comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).

___(4) (i) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

___(ii) Alternate I to 52.219-5.

___(iii) Alternate II to 52.219-5.

___ (5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

___ (6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

___ (7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).

___(8)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer.

___(ii) Alternate I of 52.219-23.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>10 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

**DRAFT**

___(9) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___(10) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_X_ (11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

_X_ (12) 52.222-26, Equal Opportunity (E.O. 11246).

_X_ (13) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

_X_ (14) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793).

_X_ (15) 52.222-37, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 4212).

___ (16) 52.225-3, Buy American Act--Supplies (41 U.S.C. 10).

___ (17) 52.225-9, Buy American Act--Trade Agreements Act--Balance of Payments Program (41 U.S.C. 10, 19 U.S.C. 2501-2582).

___ (18) [Reserved]

___ (19) 52.225-18, European Union Sanction for End Products (E.O. 12849).

___ (20) 52.225-19, European Union Sanction for Services (E.O. 12849).

___ (21)(i) 52.225-21, Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program (41 U.S.C 10, Pub. L. 103-187).

___ (ii) Alternate I of 52.225-21.

_X__(22) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C 3332).

____(23) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).

____(24) 52.232-36, Payment by Third Party (31 U.S.C. 3332).

____ (25) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).

____ (26) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 11 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(c) The Contractor agrees to comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

_X_ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et. seq.).

_X_ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et. seq.).

____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (38 U.S.C. 2012(a));

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 12 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793); and

(4) 52.247-64, Preference for Privately-Owned U.S.- Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996).

(End of clause)

52.212-4 CONTRACT TERMS AND CONDITIONS-- COMMERCIAL ITEMS (MAY 1999)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee's rights to be paid amounts due as a result of performance of this contract, may be assigned to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727).

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting for the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice. The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized,) to the address designated in the contract to receive invoices. An invoice must include--

(1) Name and address of the Contractor;

(2) Invoice date;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 13 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(3) Contract number, contract line item number and, if applicable, the order number;

(4) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(5) Shipping number and date of shipment including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(6) Terms of any prompt payment discount offered;

(7) Name and address of official to whom payment is to be sent; and

(8) Name, title, and phone number of person to be notified in event of defective invoice.

Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) Circular A-125, Prompt Payment. Contractors are encouraged to assign an identification number to each invoice.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. If the Government makes payment by Electronic Funds Transfer (EFT), see 52.212-5(b) for the appropriate EFT clause. Unless otherwise provided by an addendum to this contract, the Government shall make payment in accordance with the clause at FAR 52.232-33, Mandatory Information for Electronic Funds Transfer Payment, which is incorporated herein by reference. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>14 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(End of clause)

52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (JUN 1999)

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the standard industrial classification code designated.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 15 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

"Women-owned small business concern" means a small business concern—

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

X TIN: 99-0103527

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

___ Sole proprietorship;

___ Partnership;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 16 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

X Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4,

___ Other———————————

(5) Common parent.

___ Offeror is not owned or controlled by a common parent;

___ Name and TIN of common parent:

Name———————————

TIN———————————

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States, its territories or possessions, Puerto Rico, the Trust Territory of the Pacific Islands, or the District of Columbia. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it ( ) is, (x) is not a small business concern.

(2) Small disadvantaged business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, (X ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) Women-owned small business concern. (Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is, (X) is not a women-owned small business concern.

Note: Complete paragraphs (c)(4) and (c)(5) only if this solicitation is expected to exceed the simplified acquisition threshold.

(4) Women-owned business concern (other than small business concern). (Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.) The offeror represents that it ( ) is a women-owned business concern.

(5) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 17 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

*DRAFT*

---

(6) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it * is, * is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual

Number of Employees Gross Revenues

___ 50 or fewer ___ $1 million or less

___ 51 - 100 ___ $1,000,001 - $2 million

___ 101 - 250 ___ $2,000,001 - $3.5 million

✓ 251 - 500 ___ $3,500,001 - $5 million

___ 501 - 750 ___ $5,000,001 - $10 million

___ 751 - 1,000 ___ $10,000,001 - $17 million

___ Over 1,000 ___ Over $17 million

(7) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It (time) is, (time) is not certified by the Small Business Administration as a small disadvantaged business concern and is listed, on the date of this representation, on the register of small disadvantaged business concerns

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 18 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

**DRAFT**

maintained by the Small Business Administration, and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It (time) has, (time) has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(7)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.]

(d) Representations required to implement provisions of Executive Order 11246--

(1) Previous Contracts and Compliance. The offeror represents that--

(i) It (X) has, ( ) has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the and

(ii) It (X) has, ( ) has not, filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It (X) has developed and has on file, ( ) has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR Subparts 60-1 and 60-2), or

(ii) It ( ) has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act--Trade Agreements--Balance of Payments Program Certificate. (Applies only if FAR clause 52.225-9, Buy American Act--Trade Agreement--Balance of Payments Program, is included in this solicitation.) (1) The offeror hereby certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product (as defined in the clause entitled "Buy American Act--Trade Agreements--Balance of Payments Program") and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States, a designated country, a North American Free Trade Agreement