| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 19 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Pacific Machinery, Inc.

**DRAFT**

(NAFTA) country, or a Caribbean Basin country, as defined in section 25.401 of the Federal Acquisition Regulation.

(2) Excluded End Products:

LINE ITEM NO. COUNTRY OF ORIGIN

____________ ________________

____________ ________________

(List as necessary)

(3) Offers will be evaluated by giving certain preferences to domestic end products, designated country end products, NAFTA country end products, and Caribbean Basin country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (f)(2) of this provision, offerors must identify and certify below those excluded end products that are designated or NAFTA country end products, or Caribbean Basin country end products. Products that are not identified and certified below will not be deemed designated country end products, NAFTA country end products, or Caribbean Basin country end products. Offerors must certify by inserting the applicable line item numbers in the following:

(i) The offeror certifies that the following supplies qualify as "designated or NAFTA country end products" as those terms are defined in the clause entitled "Buy American Act--Trade Agreements--Balance of Payments Program":

__________________________

__________________________

__________________________

(Insert line item numbers)

(ii) The offeror certifies that the following supplies qualify as "Caribbean Basin country end products" as that term is defined in the clause entitled "Buy American Act--Trade Agreements--Balance of Payments Program":

__________________________

__________________________

__________________________

(Insert line item numbers)

(4) Offers will be evaluated in accordance with FAR Part 25.

(g)(1) Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program. (Applies only if FAR clause 52.225-21, Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program, is included in this solicitation.) (i) The offeror certifies that

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 20 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

each end product being offered, except those listed in paragraph (g)(1)(ii) of this provision, is a domestic end product (as defined in the clause entitled "Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program," and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States.

**(ii) Excluded End Products:**

LINE ITEM NO. COUNTRY OF ORIGIN

__________ __________

__________ __________

(List as necessary )

(iii) Offers will be evaluated by giving certain preferences to domestic end products or NAFTA country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (g)(1)(ii) of this provision, offerors must identify and certify below those excluded end products that are NAFTA country end products. Products that are not identified and certified below will not be deemed NAFTA country end products. The offeror certifies that the following supplies qualify as "NAFTA country end products" as that term is defined in the clause entitled "Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program":

____________________

____________________

____________________

(Insert line item numbers)

(iv) Offers will be evaluated in accordance with Part 25 of the Federal Acquisition Regulation. In addition, if this solicitation is for supplies for use outside the United States, an evaluation factor of 50 percent will be applied to offers of end products that are not domestic or NAFTA country end products.

(h) *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549)*. The offeror certifies, to the best of its knowledge and belief, that--

(1) The offeror and/or any of its principals ( )are, ( x)are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) ( ) Have, ( X) have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and ( ) are, ( X) are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N00604-99-T-A217 | PAGE 21 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(End of provision)

52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

(1) Technically Acceptable
(2) Price

(b) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JUN 1999)

(a) Standard industrial classification (SIC) code and small business size standard. The SIC code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) Submission of offers. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show--

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3;

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE<br>22 | OF | 23 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Pacific Machinery, Inc.

***DRAFT***

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) Period for acceptance of offers. The offeror agrees to hold the prices in its offer firm for 60 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) Product samples. When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

(e) Multiple offers. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) Late offers. Offers or modifications of offers received at the address specified for the receipt of offers after the exact time specified for receipt of offers will not be considered.

(g) Contract award (not applicable to Invitation for Bids). The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) Single award. The Government intends to award a single contract resulting from this solicitation. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) Availability of requirements documents cited in the solicitation. (1) The Index of Federal Specifications, Standards and Commercial Item Descriptions and the documents listed in it may be obtained from the General Services Administration, Federal Supply Service Bureau, Specifications Section, Suite 8100, 470 L'Enfant Plaza, SW, Washington, DC 20407 ((202) 619-8925).

(2) The DOD Index of Specifications and Standards (DODISS) and documents listed in it may be obtained from the Standardization Documents Desk, Building 4D, 700 Robbins Avenue, Philadelphia, PA 19111-5094 (telephone (215) 697-2569).

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-99-T-A217 | PAGE 23 OF 23 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Pacific Machinery, Inc.

***DRAFT***

(i) Availability of requirements documents cited in the solicitation. (1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to—GSA Federal Supply Service Specifications Section, Suite 8100, 470 East L'Enfant Plaza, SW, Washington, DC 20407, Telephone (202) 619-8925, Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the-- Department of Defense Single Stock Point (DoDSSP), Building 4, Section D, 700 Robbins Avenue, Philadelphia, PA 19111-5094, Telephone (215) 697-2667/2179, Facsimile (215) 697-1462.

(i) Automatic distribution may be obtained on a subscription basis.

(ii) Order forms, pricing information, and customer support information may be obtained--

(A) By telephone at (215) 697-2667/2179; or

(B) Through the DoDSSP Internet site at http://www.dodssp.daps.mil.

(3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) Data Universal Numbering System (DUNS) Number. (Applies to offers exceeding $25,000.) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" followed by the DUNS number that identifies the offeror's name and address. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet to obtain one at no charge. An offeror within the United States may call 1-800-333-0505. The offeror may obtain more information regarding the DUNS number, including locations of local Dun and Bradstreet Information Services offices for offerors located outside the United States, from the Internet home page at http://www.customerservice@dnb.com/. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo@mail.dnb.com.

(End of provision)

**WAGE DETERMINATION NO: 94-2153 REV (16) AREA: HI,ISLAND-WIDE**

```
WAGE DETERMINATION NO: 94-2153 REV (16) AREA: HI,ISLAND-WIDE
***FOR OFFICIAL USE ONLY BY FEDERAL AGENCIES PARTICIPATING IN MOU WITH DOL***
REGISTER OF WAGE DETERMINATION UNDER    |      U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                        |        Washington, D.C. 20210
                                        |
                                        | Wage Determination No.: 94-2153
Division of        Wage Determinations  | Date of Last Revision: 06/10/1999

|  State): Hawaii |
|  Areas: Hawaii ALL COUNTIES
|
```

** Fringe Benefits Required For All Occupations Included In This Wage Determination Follow The Occupational Listing **

| OCCUPATION CODE AND TITLE | MINIMUM HOURLY WAGE |
|---|---|
| Administrative Support and Clerical Occupations: | |
| 01011 Accounting Clerk I | $ 9.94 |
| 01012 Accounting Clerk II | $ 10.97 |
| 01013 Accounting Clerk III | $ 12.43 |
| 01014 Accounting Clerk IV | $ 15.15 |
| 01030 Court Reporter | $ 12.96 |
| 01050 Dispatcher, Motor Vehicle | $ 12.45 |
| 01060 Document Preparation Clerk | $ 10.04 |
| 01070 Messenger (Courier) | $ 8.28 |
| 01090 Duplicating Machine Operator | $ 10.04 |
| 01110 Film/Tape Librarian | $ 10.85 |
| 01115 General Clerk I | $ 7.56 |
| 01116 General Clerk II | $ 8.80 |
| 01117 General Clerk III | $ 10.33 |
| 01118 General Clerk IV | $ 12.77 |
| 01120 Housing Referral Assistant | $ 14.46 |
| 01131 Key Entry Operator I | $ 9.17 |
| 01132 Key Entry Operator II | $ 11.05 |
| 01191 Order Clerk I | $ 11.44 |
| 01192 Order Clerk II | $ 12.46 |
| 01261 Personnel Assistant (Employment) I | $ 11.04 |
| 01262 Personnel Assistant (Employment) II | $ 11.87 |
| 01263 Personnel Assistant (Employment) III | $ 13.98 |
| 01264 Personnel Assistant (Employment) IV | $ 15.39 |
| 01270 Production Control Clerk | $ 13.88 |
| 01290 Rental Clerk | $ 11.57 |
| 01300 Scheduler, Maintenance | $ 10.96 |
| 01311 Secretary I | $ 12.48 |
| 01312 Secretary II | $ 15.39 |
| 01313 Secretary III | $ 17.31 |
| 01314 Secretary IV | $ 21.04 |
| 01315 Secretary V | $ 24.61 |
| 01320 Service Order Dispatcher | $ 10.06 |
| 01341 Stenographer I | $ 10.30 |
| 01342 Stenographer II | $ 11.57 |
| 01400 Supply Technician | $ 14.12 |
| 01420 Survey Worker (Interviewer) | $ 11.27 |
| 01460 Switchboard Operator-Receptionist | $ 10.00 |

| | |
|---|---|
| 01510 Test Examiner | $ 12.96 |
| 01520 Test Proctor | $ 12.96 |
| 01531 Travel Clerk I | $ 9.56 |
| 01532 Travel Clerk II | $ 10.30 |
| 01533 Travel Clerk III | $ 11.04 |
| 01611 Word Processor I | $ 10.65 |
| 01612 Word Processor II | $ 11.73 |
| 01613 Word Processor III | $ 13.12 |
| Automatic Data Processing Occupations: | |
| 03010 Computer Data Librarian | $ 10.35 |
| 03041 Computer Operator I | $ 12.01 |
| 03042 Computer Operator II | $ 13.14 |
| 03043 Computer Operator III | $ 15.62 |
| 03044 Computer Operator IV | $ 16.99 |
| 03045 Computer Operator V | $ 18.80 |
| 03071 Computer Programmer I 1/ | $ 13.27 |
| 03072 Computer Programmer II 1/ | $ 14.42 |
| 03073 Computer Programmer III 1/ | $ 16.52 |
| 03074 Computer Programmer IV 1/ | $ 20.08 |
| 03101 Computer Systems Analyst I 1/ | $ 19.19 |
| 03102 Computer Systems Analyst II 1/ | $ 21.54 |
| 03103 Computer Systems Analyst III 1/ | $ 24.23 |
| 03160 Peripheral Equipment Operator | $ 10.35 |
| Automotive Service Occupations: | |
| 05005 Automobile Body Repairer, Fiberglass | $ 17.14 |
| 05010 Automotive Glass Installer | $ 15.45 |
| 05040 Automotive Worker | $ 15.45 |
| 05070 Electrician, Automotive | $ 16.28 |
| 05100 Mobile Equipment Servicer | $ 13.78 |
| 05130 Motor Equipment Metal Mechanic | $ 17.14 |
| 05160 Motor Equipment Metal Worker | $ 15.45 |
| 05190 Motor Vehicle Mechanic | $ 18.62 |
| 05220 Motor Vehicle Mechanic Helper | $ 12.62 |
| 05250 Motor Vehicle Upholstery Worker | $ 14.61 |
| 05280 Motor Vehicle Wrecker | $ 15.45 |
| 05310 Painter, Automotive | $ 16.28 |
| 05340 Radiator Repair Specialist | $ 15.45 |
| 05370 Tire Repairer | $ 13.78 |
| 05400 Transmission Repair Specialist | $ 17.14 |
| Food Preparation and Service Occupations: | |
| 07010 Baker | $ 13.06 |
| 07041 Cook I | $ 11.69 |
| 07042 Cook II | $ 13.06 |
| 07070 Dishwasher | $ 9.87 |
| 07100 Food Service Worker (Cafeteria Worker) | $ 8.72 |
| 07130 Meat Cutter | $ 15.02 |
| 07250 Waiter/Waitress | $ 9.51 |
| Furniture Maintenance and Repair Occupations: | |
| 09010 Electrostatic Spray Painter | $ 16.28 |
| 09040 Furniture Handler | $ 11.31 |
| 09070 Furniture Refinisher | $ 16.28 |
| 09100 Furniture Refinisher Helper | $ 12.96 |
| 09110 Furniture Repairer, Minor | $ 14.61 |
| 09130 Upholsterer | $ 16.28 |
| General Service and Support Occupations: | |
| 11030 Cleaner, Vehicles | $ 9.35 |
| 11060 Elevator Operator | $ 8.72 |
| 11090 Gardener | $ 13.05 |
| 11121 Housekeeping Aide I | $ 9.64 |
| 11122 Housekeeping Aide II | $ 9.02 |
| 11150 Janitor | $ 8.72 |
| 11210 Laborer, Grounds Maintenance | $ 10.62 |
| 11240 Maid or Houseman | $ 9.12 |

| | |
|---|---|
| 11270 Pest Controller | $ 12.35 |
| 11300 Refuse Collector | $ 8.72 |
| 11330 Tractor Operator | $ 12.27 |
| 11360 Window Cleaner | $ 9.51 |
| Health Occupations: | |
| 12020 Dental Assistant | $ 10.29 |
| 12040 Emergency Medical Technician/Paramedic Ambulance Driver | $ 10.36 |
| 12071 Licensed Practical Nurse I | $ 9.23 |
| 12072 Licensed Practical Nurse II | $ 10.37 |
| 12073 Licensed Practical Nurse III | $ 11.60 |
| 12100 Medical Assistant | $ 10.37 |
| 12130 Medical Laboratory Technician | $ 10.37 |
| 12160 Medical Record Clerk | $ 10.37 |
| 12190 Medical Record Technician | $ 13.38 |
| 12221 Nursing Assistant I | $ 7.53 |
| 12222 Nursing Assistant II | $ 8.46 |
| 12223 Nursing Assistant III | $ 9.23 |
| 12224 Nursing Assistant IV | $ 10.37 |
| 12250 Pharmacy Technician | $ 11.33 |
| 12280 Phlebotomist | $ 10.37 |
| 12311 Registered Nurse I | $ 15.14 |
| 12312 Registered Nurse II | $ 18.52 |
| 12313 Registered Nurse II, Specialist | $ 18.52 |
| 12314 Registered Nurse III | $ 22.22 |
| 12315 Registered Nurse III, Anesthetist | $ 22.22 |
| 12316 Registered Nurse IV | $ 26.64 |
| Information and Arts Occupations: | |
| 13002 Audiovisual Librarian | $ 16.08 |
| 13011 Exhibits Specialist I | $ 14.12 |
| 13012 Exhibits Specialist II | $ 16.76 |
| 13013 Exhibits Specialist III | $ 20.50 |
| 13041 Illustrator I | $ 15.79 |
| 13042 Illustrator II | $ 18.71 |
| 13043 Illustrator III | $ 22.98 |
| 13047 Librarian | $ 19.84 |
| 13050 Library Technician | $ 14.45 |
| 13071 Photographer I | $ 11.39 |
| 13072 Photographer II | $ 13.73 |
| 13073 Photographer III | $ 16.27 |
| 13074 Photographer IV | $ 19.90 |
| 13075 Photographer V | $ 24.06 |
| Laundry, Drycleaning, Pressing and Related Occups: | |
| 15010 Assembler | $ 8.00 |
| 15030 Counter Attendant | $ 7.65 |
| 15040 Dry Cleaner | $ 9.62 |
| 15070 Finisher, Flatwork, Machine | $ 8.55 |
| 15090 Presser, Hand | $ 8.55 |
| 15100 Presser, Machine, Drycleaning | $ 8.55 |
| 15130 Presser, Machine, Shirts | $ 8.55 |
| 15160 Presser, Machine, Wearing Apparel, Laundry | $ 8.55 |
| 15190 Sewing Machine Operator | $ 10.37 |
| 15220 Tailor | $ 11.10 |
| 15250 Washer, Machine | $ 8.55 |
| Machine Tool Operation and Repair Occupations: | |
| 19010 Machine-Tool Operator (Toolroom) | $ 16.28 |
| 19040 Tool and Die Maker | $ 19.57 |
| Materials Handling and Packing Occupations: | |
| 21010 Fuel Distribution System Operator | $ 13.78 |
| 21020 Material Coordinator | $ 14.52 |
| 21030 Material Expediter | $ 14.52 |
| 21040 Material Handling Laborer | $ 11.06 |
| 21050 Order Filler | $ 11.85 |
| 21071 Forklift Operator | $ 13.13 |

| | | |
|---|---|---|
| 21080 | Production Line Worker (Food Processing) | $ 11.71 |
| 21100 | Shipping/Receiving Clerk | $ 10.42 |
| 21130 | Shipping Packer | $ 12.21 |
| 21140 | Store Worker I | $ 10.35 |
| 21150 | Stock Clerk (Shelf Stocker; Store Worker II) | $ 13.75 |
| 21210 | Tools and Parts Attendant | $ 13.47 |
| 21400 | Warehouse Specialist | $ 13.47 |
| Mechanics and Maintenance and Repair Occupations: | | |
| 23010 | Aircraft Mechanic | $ 19.71 |
| 23040 | Aircraft Mechanic Helper | $ 14.90 |
| 23050 | Aircraft Quality Control Inspector | $ 20.63 |
| 23060 | Aircraft Servicer | $ 16.80 |
| 23070 | Aircraft Worker | $ 17.77 |
| 23100 | Appliance Mechanic | $ 16.28 |
| 23120 | Bicycle Repairer | $ 13.78 |
| 23125 | Cable Splicer | $ 19.20 |
| 23130 | Carpenter, Maintenance | $ 18.72 |
| 23140 | Carpet Layer | $ 15.45 |
| 23160 | Electrician, Maintenance | $ 19.78 |
| 23181 | Electronics Technician, Maintenance I | $ 17.87 |
| 23182 | Electronics Technician, Maintenance II | $ 18.83 |
| 23183 | Electronics Technician, Maintenance III | $ 19.83 |
| 23260 | Fabric Worker | $ 14.61 |
| 23290 | Fire Alarm System Mechanic | $ 17.14 |
| 23310 | Fire Extinguisher Repairer | $ 13.78 |
| 23340 | Fuel Distribution System Mechanic | $ 17.14 |
| 23370 | General Maintenance Worker | $ 15.45 |
| 23400 | Heating, Refrigeration and Air-Conditioning Mechanic | $ 19.71 |
| 23430 | Heavy Equipment Mechanic | $ 19.71 |
| 23440 | Heavy Equipment Operator | $ 19.71 |
| 23460 | Instrument Mechanic | $ 17.14 |
| 23470 | Laborer | $ 10.57 |
| 23500 | Locksmith | $ 16.28 |
| 23530 | Machinery Maintenance Mechanic | $ 17.14 |
| 23550 | Machinist, Maintenance | $ 19.01 |
| 23580 | Maintenance Trades Helper | $ 12.96 |
| 23640 | Millwright | $ 17.92 |
| 23700 | Office Appliance Repairer | $ 16.28 |
| 23740 | Painter, Aircraft | $ 16.28 |
| 23760 | Painter, Maintenance | $ 18.72 |
| 23790 | Pipefitter, Maintenance | $ 19.71 |
| 23800 | Plumber, Maintenance | $ 18.72 |
| 23820 | Pneudraulic Systems Mechanic | $ 17.14 |
| 23850 | Rigger | $ 17.14 |
| 23870 | Scale Mechanic | $ 15.45 |
| 23890 | Sheet-Metal Worker, Maintenance | $ 19.71 |
| 23910 | Small Engine Mechanic | $ 15.45 |
| 23930 | Telecommunications Mechanic I | $ 19.19 |
| 23931 | Telecommunications Mechanic II | $ 20.09 |
| 23950 | Telephone Lineman | $ 19.19 |
| 23960 | Welder, Combination, Maintenance | $ 18.62 |
| 23965 | Well Driller | $ 19.17 |
| 23970 | Woodcraft Worker | $ 17.14 |
| 23980 | Woodworker | $ 13.78 |
| Personal Needs Occupations: | | |
| 24570 | Child Care Attendant | $ 7.77 |
| 24580 | Child Care Center Clerk | $ 11.14 |
| 24600 | Chore Aide | $ 9.12 |
| 24630 | Homemaker | $ 17.89 |
| Plant and System Operation Occupations: | | |
| 25010 | Boiler Tender | $ 17.14 |
| 25040 | Sewage Plant Operator | $ 16.28 |
| 25070 | Stationary Engineer | $ 19.71 |

| | |
|---|---|
| 25190 Ventilation Equipment Tender | $ 14.70 |
| 25210 Water Treatment Plant Operator | $ 16.28 |
| Protective Service Occupations: | |
| 27004 Alarm Monitor | $ 12.86 |
| 27006 Corrections Officer | $ 13.78 |
| 27010 Court Security Officer | $ 13.81 |
| 27040 Detention Officer | $ 13.78 |
| 27070 Firefighter | $ 13.93 |
| 27101 Guard I | $ 9.36 |
| 27102 Guard II | $ 11.18 |
| 27130 Police Officer | $ 16.19 |
| Stevedoring/Longshoremen Occupational Services: | |
| 28010 Blocker and Bracer | $ 16.04 |
| 28020 Hatch Tender | $ 16.04 |
| 28030 Line Handler | $ 16.04 |
| 28040 Stevedore I | $ 13.20 |
| 28050 Stevedore II | $ 14.70 |
| Technical Occupations: | |
| 29010 Air Traffic Control Specialist, Center 2/ | $ 24.89 |
| 29011 Air Traffic Control Specialist, Station 2/ | $ 17.17 |
| 29012 Air Traffic Control Specialist, Terminal 2/ | $ 18.91 |
| 29023 Archeological Technician I | $ 11.74 |
| 29024 Archeological Technician II | $ 13.14 |
| 29025 Archeological Technician III | $ 16.27 |
| 29030 Cartographic Technician | $ 18.71 |
| 29035 Computer Based Training (CBT) Specialist/Instructor | $ 17.25 |
| 29040 Civil Engineering Technician | $ 18.71 |
| 29061 Drafter I | $ 9.62 |
| 29062 Drafter II | $ 12.39 |
| 29063 Drafter III | $ 14.96 |
| 29064 Drafter IV | $ 17.80 |
| 29081 Engineering Technician I | $ 11.67 |
| 29082 Engineering Technician II | $ 15.04 |
| 29083 Engineering Technician III | $ 18.16 |
| 29084 Engineering Technician IV | $ 24.01 |
| 29085 Engineering Technician V | $ 26.32 |
| 29086 Engineering Technician VI | $ 31.82 |
| 29090 Environmental Technician | $ 15.13 |
| 29100 Flight Simulator/Instructor (Pilot) | $ 21.08 |
| 29150 Graphic Artist | $ 17.25 |
| 29160 Instructor | $ 17.99 |
| 29210 Laboratory Technician | $ 14.31 |
| 29240 Mathematical Technician | $ 18.71 |
| 29361 Paralegal/Legal Assistant I | $ 13.73 |
| 29362 Paralegal/Legal Assistant II | $ 16.08 |
| 29363 Paralegal/Legal Assistant III | $ 19.67 |
| 29364 Paralegal/Legal Assistant IV | $ 23.78 |
| 29390 Photooptics Technician | $ 18.71 |
| 29480 Technical Writer | $ 15.26 |
| 29491 Unexploded Ordnance Technician I | $ 15.82 |
| 29492 Unexploded Ordnance Technician II | $ 19.15 |
| 29493 Unexploded Ordnance Technician III | $ 22.95 |
| 29494 Unexploded Safety Escort | $ 15.82 |
| 29495 Unexploded Sweep Personnel | $ 15.82 |
| 29620 Weather Observer, Senior 3/ | $ 14.41 |
| 29621 Weather Observer, Combined Upper Air & Surface Programs 3/ | $ 13.58 |
| 29622 Weather Observer, Upper Air 3/ | $ 13.58 |
| Transportation/Mobile Equipment Operation Occups: | |
| 31030 Bus Driver | $ 11.98 |
| 31260 Parking and Lot Attendant | $ 6.80 |
| 31290 Shuttle Bus Driver | $ 10.29 |
| 31300 Taxi Driver | $ 10.21 |
| 31361 Truckdriver, Light Truck | $ 10.29 |

| | |
|---|---|
| 31362 Truckdriver, Medium Truck | $ 13.04 |
| 31363 Truckdriver, Heavy Truck | $ 14.80 |
| 31364 Truckdriver, Tractor-Trailer | $ 14.80 |
| Miscellaneous Occupations: | |
| 99020 Animal Caretaker | $ 10.24 |
| 99030 Cashier | $ 10.00 |
| 99041 Carnival Equipment Operator | $ 10.96 |
| 99042 Carnival Equipment Repairer | $ 11.65 |
| 99043 Carnival Worker | $ 8.72 |
| 99050 Desk Clerk | $ 12.18 |
| 99095 Embalmer | $ 15.28 |
| 99300 Lifeguard | $ 10.00 |
| 99310 Mortician | $ 15.28 |
| 99350 Park Attendant (Aide) | $ 12.57 |
| 99400 Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | $ 11.50 |
| 99500 Recreation Specialist | $ 15.56 |
| 99510 Recycling Worker | $ 10.96 |
| 99610 Sales Clerk | $ 9.58 |
| 99620 School Crossing Guard (Crosswalk Attendant) | $ 8.72 |
| 99630 Sports Official | $ 10.00 |
| 99658 Survey Party Chief (Chief of Party) | $ 17.02 |
| 99659 Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | $ 12.74 |
| 99660 Surveying Aide | $ 9.30 |
| 99690 Swimming Pool Operator | $ 12.43 |
| 99720 Vending Machine Attendant | $ 10.96 |
| 99730 Vending Machine Repairer | $ 13.06 |
| 99740 Vending Machine Repairer Helper | $ 10.96 |

---

** Fringe Benefits Required For All Occupations Included In This Wage Determination **

HEALTH & WELFARE (Hawaii): $0.68 an hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $1.63. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years; 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 4.173)

HOLIDAYS: Minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

1/

Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See 29 CFR 4.156)

2/

APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3/

WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you

are a full-time employee (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday preium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $4.25 per week (or $.85 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Titles and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Second Supplement, dated August 1995, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi))

When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to

which a class(es) is to be conformed.
The process for preparing a conformance request is as follows:
1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).
2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.
3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).
4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.
5) The contracting officer transmits the Wage and Hour decision to the contractor.
6) The contractor informs the affected employees.
Information required by the Regulations must be submitted on SF 1444 or bond paper.
When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination.
Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

AMENDMENT OF SOLIC[illegible]ON/MODIFICATION OF CONTR[illegible]T

| | |
|---|---|
| 1. CONTRACT ID CODE | J |
| PAGE OF PAGES | 1 of 1 |
| 2. AMENDMENT/MODIFICATION NO. | P00001 |
| 3. EFFECTIVE DATE | 27-Oct-1999 |
| 4. REQUISITION/PURCHASE REQ. NO. | N3225300RC7001 |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY | CODE N00604<br>FLEET AND INDUSTRIAL SUPPLY CENTER (FISC)<br>REGIONAL CONTRACTING DEPARTMENT<br>1942 GAFFNEY STREET, SUITE 100 PH: (808) 473-7514<br>kathleen m verbeckmoes@pearl.fisc.navy.mil<br>PEARL HARBOR, HI 96860-4549 |
| 7. ADMINISTERED BY (If other than item 6) | CODE N00604<br>FLEET AND INDUSTRIAL SUPPLY CENTER (FISC)<br>REGIONAL CONTRACTING DEPARTMENT<br>1942 GAFFNEY STREET, SUITE 100<br>PEARL HARBOR, HI 96860-4549 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | PACIFIC MACHINERY INC<br>94-025 FARRINGTON HWY<br>WAIPAHU, HI 96797-2201 |
| CODE | 797674397 |
| FACILITY CODE | 5E045 |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| X 10A. MOD. OF CONTRACT/ORDER NO. | N00604-00-P-A015 |
| X 10B. DATED (SEE ITEM 13) | 01-Oct-1999 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE SCHEDULE

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THIS MODIFICATION IS ISSUED TO DELETE CLAUSE: 52.232-18 AVAILABILITY OF FUNDS.

AS A RESULT OF THE ABOVE, THE TOTAL CONTRACT PRICE REMAINS UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | MARGUERITE K. MATTSON / PROCUREMENT SPECIALIST |
| 15B. CONTRACTOR/OFFEROR | (Signature of person authorized to sign) |
| 15C. DATE SIGNED | |
| 16B. UNITED STATES OF AMERICA | BY M. K. Mattson<br>(Signature of Contracting Officer) |
| 16C. DATE SIGNED | 27-Oct-1999 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 \| 2 | | |
| 2. AMENDMENT/MODIFICATION NO.: P00002 | 3. EFFECTIVE DATE: 15-Dec-1999 | 4. REQUISITION/PURCHASE REQ. NO.: N3225300RC7001 | 5. PROJECT NO. (If applicable) |

6. ISSUED BY CODE N00604
FLEET AND INDUSTRIAL SUPPLY CENTER (FISC)
REGIONAL CONTRACTING DEPARTMENT
1942 GAFFNEY STREET, SUITE 100

PEARL HARBOR, HI 96860-4549

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

PACIFIC MACHINERY INC
94-025 FARRINGTON HWY

WAIPAHU, HI 96797-2201

CODE 6E265 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. N00604-00-P-A015

X 10B. DATED (SEE ITEM 13) 01-Oct-1999

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
10 U.S.C. 2304(G)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is issued to cancel Item 0002 in its entirety effective 12/15/99. The rental of the 106' manlift is no longer required.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print): JUNE NAKAGAWA, RENTAL COORDINATOR | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): JOSEPH S SAUNDERS / CONTRACT SPECIALIST | |
| 15B. CONTRACTOR/OFFEROR ______ (Signature of person authorized to sign) | 15C. DATE SIGNED: 12-15-99 | 16B. UNITED STATES OF AMERICA BY *Joseph S. Saunders* (Signature of Contracting Officer) | 16C. DATE SIGNED: 17-Dec-1999 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015-P00002 | PAGE<br>2 OF 2 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

MODIFICATION REQUESTS MUST BE IN WRITING & MAILED TO:

COMMANDING OFFICER
FLEET AND INDUSTRIAL SUPPLY CENTER
REGIONAL CONTRACTING DEPARTMENT, CODE 201A.KV
1942 GAFFNEY STREET, SUITE 100
PEARL HARBOR, HI 96860-4549

kathleen_m_verbeckmoes@pearl.fisc.navy.mil
http://www.cic.pearl.fisc.navy.mil/contract
TEL: (808) 473-7514 FAX: (808) 473-4963

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has decreased from $192,350.00 by $66,500.00 to $125,850.00

CLIN 0002
The CLIN description is revised as stated:
THE PERIOD OF PERFORMANCE HAS BEEN REVISED TO:
01 OCT 99 TO 15 DEC 99 (2 1/2 MONTHS).

1 LOT CONSISTS OF $7,000.00 PER MONTH X 2 MONTHS = $14,000.00,
PLUS $3,500.00 FOR 1/2 A MONTH = $17,500.00.

The unit of issue has changed from Months to Lot

The pricing detail quantity has decreased from 12.00 by 11.00 to 1.00

The ~~unit~~ price amount has increased from $7,000.00 by $10,500.00 to $17,500.00

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is decreased by $66,500.00 from $192,350.00 to $125,850.00

CLIN :0002
AA: 1701804 70BA 000 32253 0 045924 2D C70001 322530BC094Q
is decreased by $66,500.00 from $84,000.00 to $17,500.00

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 4

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00003 | 23-Dec-1999 | | |

6. ISSUED BY CODE N00604
FLEET AND INDUSTRIAL SUPPLY CENTER (FISC)
REGIONAL CONTRACTING DEPARTMENT
1942 GAFFNEY STREET, SUITE 100

PEARL HARBOR, HI 96860-4549

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

ORIGINAL

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

PACIFIC MACHINERY INC
94-025 FARRINGTON HWY

WAIPAHU, HI 96797-2201

CODE 6E265 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
N00604-00-P-A015

X 10B. DATED (SEE ITEM 13)
01-Oct-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
10 U.S.C. 2304(G)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of the modificaiton is to do the following:

1. Add CLIN 0004 to add one each 131' manlift.
2. Add CLIN 0005 to add the Hauling fee for the additional 131' manlift
3. The Total Contract Amount is hereby changed FROM: $125,850.00 TO: $207,025 to reflect the additional cost of CLINS 0004 and 0005.
4. Except as provided herein, all terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| June Nakagawa, Rental Coordinator | | | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| June Nakagawa (Signature of person authorized to sign) | 12-23-99 | BY [signature] (Signature of Contracting Officer) | 28 Dec 99 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015-P00003 | PAGE<br>2 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has increased from $125,850.00 by $81,175.00 to $207,025.00

Changes in Section SF 1449

CLIN 0004 was added.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 9.00 | Months | $9,000.00 | $81,000.00 |
| | RENTAL OF (1) 131" MANLIFT (JLG)<br>FFP<br>MILSTRIP N3225300RC70023<br>PURCHASE REQUEST NUMBER N3225300RC70023 | | | | |
| | | | | NET AMT | $81,000.00 |
| | ACRN AB Funded Amount | | | | $81,000.00 |

CLIN 0005 was added.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015-P00003 | PAGE<br>3 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1.00 | Lot | $175.00 | $175.00 |
| | HAULING PICK UP LOAD<br>FFP<br>PURCHASE REQUEST NUMBER N3225300RC70023 | | | | |
| | | | | NET AMT | $175.00 |
| | ACRN AB Funded Amount | | | | $175.00 |

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $81,175.00 from $125,850.00 to $207,025.00

CLIN :0004
AB: 1701804 70BA 000 32253 0 045924 2D C70023 322530BC094Q
is increased by $81,000.00 from $0.00 to $81,000.00

CLIN :0005
AB: 1701804 70BA 000 32253 0 045924 2D C70023 322530BC094Q
is increased by $175.00 from $0.00 to $175.00

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015-P00003 | PAGE<br>4 OF 4 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

Changes in Section SF 30

ACTIVITY POINT OF CONTACT: Nephi Akina, (808) 471-2103

MODIFICATION REQUESTS MUST BE IN WRITING & MAILED TO:
FLEET AND INDUSTRIAL SUPPLY CENTER
REGIONAL CONTRACTING DEPARTMENT, CODE 201A.KV
1942 GAFFNEY STREET
PEARL HARBOR, HI 96860-4549
E-MAIL: kathleen_m_verbeckmoes@pearl.fisc.navy.mil
TEL: (808) 473-7514 FAX: (808) 473-4963

BLOCK 18b: SUBMIT INVOICES TO:

PEARL HARBOR NAVAL SHIPYARD & IMF
ATTN: CODE 630.4 SERVICES TECH
401 AVENUE E, SUITE 124
PEARL HARBOR, HI 96860-5033

*************************************************************************************
THE FOLLOWING IS HEREBY INCORPORATED AND MADE A PART OF THIS CONTRACT.
1. Reference MFR of telephone conversation between June Nakagawa and Charlene V. Matheson dated 22 Dec 1999.
*************************************************************************************

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00004
3. EFFECTIVE DATE: 14 JUL 2000
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY CODE N00604
FLEET AND INDUSTRIAL SUPPLY CENTER (FISC)
REGIONAL CONTRACTING DEPARTMENT
1942 GAFFNEY STREET, SUITE 100
PEARL HARBOR, HI 968604549

7. ADMINISTERED BY (If other than Item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
PACIFIC MACHINERY INC
94-025 FARRINGTON HWY
WAIPAHU, HI 96797-2201
CODE 6E265 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MOD. OF CONTRACT/ORDER NO. N00604-00-P-A015
X 10B. DATED (SEE ITEM 13) 01-Oct-1999

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.212-4, Contract Terms and Conditions--Commercial Items (May 1999)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This modification is issued to cancel item 0001 from 5/20/00 to 9/30/00.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Sharon L Amano VP CFO
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): W. Okemura, Contracting officer

15B. CONTRACTOR/OFFEROR: Sharon L Amano (Signature of person authorized to sign)
15C. DATE SIGNED: 14 Jul 00
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 7/14/00

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84
30-105-04
STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N00604-00-P-A015-P00004 | PAGE 2 OF 2 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PACIFIC MACHINERY INC

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

The total cost has decreased from $207,025.00 by $36,000.00 to $171,025.00

Changes in Section SF 1449

CLIN 0001

The period of performance end date has changed from 30-Sep-2000 to 20-May-2000
The pricing detail quantity has decreased from 12.00 by 4.00 to 8.00

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is decreased by $36,000.00 from $207,025.00 to $171,025.00

CLIN :0001
AA: 1701804 70BA 000 32253 0 045924 2D C70001 322530BC094Q
is decreased by $36,000.00 from $108,000.00 to $72,000.00

The contractor for itself and its successors and assigns, releases, remises, and forever discharges the Government of and from all manner of actions, causes of actions, suits, proceedings, debts, dues, judgments, damages, claims, and demands whatsoever in law or equity or under administrative procedures against the Government which the contractor ever had, now has, and may have for or by reason of any matter, causes or thing whatsoever arising out of this Modification P00004 to contract N00604-00-P-A015. This document contains the complete written agreement of the parties. There are no collateral agreements either written or oral. Any modification of this agreement must be in writing and signed by both parties.

NSN 7540-01-152-8057 50336-101 OPTIONAL FORM 336A (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

ORIGINAL

## CLAIM PURSUANT TO CONTRACT DISPUTES ACT OF 1978

TO:

**Department of Navy, Pearl Harbor Naval Shipyard**
**FLEET AND INDUSTRIAL SUPPLY CENTER**
Regional Contracting Department, Code 200
c/o Kathleen Verbeckmoes, Contracting Officer
1942 Gaffney Street, Suite 100
Pearl Harbor, Hawaii 96860-4549
Telephone: 808-473-7565
Facsimile: 808-473-5750 or 808-473-4963.

CLAIMANT / CONTRACTOR:

**PACIFIC MACHINERY, INC.**
c/o Keith K. Hiraoka, Esq.
Christine Tamashiro, Esq.
Roeca, Louie & Hiraoka
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: 808-538-7500
Facsimile: 808-521-9648

Date: May 10, 2002

---

Contractor Pacific Machinery, Inc., by and through its attorneys, Roeca, Louie & Hiraoka, hereby requests a final decision on the claims submitted herein. Pacific Machinery, Inc. submits this claim for:

1. Breach of contract for failure to procure property insurance covering the rental property;
2. Breach of contract for failure to return the leased equipment to Lessor in the condition received;
3. Breach of contract for failure to comply with requirement that the leased equipment be operated by a fully qualified operator;
4. Contractual indemnity for liability in pending lawsuits initiated as a result of Leroy Fujii's death in an incident on May 20, 2000 at the Pearl Harbor Naval Shipyard;
5. Legal fees and costs incurred in defending pending lawsuits initiated as a result of Leroy Fujii's death, pursuant to the "hold harmless" clause in the indemnity provision in the contract;
6. Rental income pursuant to the agreements with the Navy for the remainder of the contract term, from May 21, 2000 through September 30, 2000; and

7. Payment of interest on all claims pursuant to FAR 52.233-1(h).

BACKGROUND:

On May 20, 2000, an employee of the Navy, Leroy Fujii, was operating a Grove AMZ131XT Self-Propelled Aerial Platform ("manlift"), Serial No. 46173, which was leased to the Navy by Contractor PACIFIC MACHINERY. Mr. Fujii was in the operator's platform with the riser and boom extended when the manlift tipped over. Mr. Fujii was killed in the accident. Pacific Machinery's manlift was damaged in the accident.

CONTRACTS/AGREEMENTS:

Pacific Machinery's claims are based on the provisions contained in the contract documents exchanged between the Department of Navy, Pearl Harbor Naval Shipyard ("PHNSY") and Pacific Machinery for the lease of the manlift. A valid and binding contract requires an offer, acceptance and consideration. *See, **Dowsett v. Cashman,*** 2 Haw.App. 77, 83, 625 P.2d 1064, 1068 (1981). On August 27, 1999, PHNSY through it's contracting agent, Fleet and Industrial Supply Center ("FISC") submitted an Order for Supplies or Services for the manlift. **Exhibit 1**, Order for Supplies or Services ("Supply Order"). This document was not an offer, but a supply order proposing certain specifications and requirements to be satisfied by Contractor. On August 30, 1999, Pacific Machinery delivered the Grove manlift to PHNSY and provided PHNSY's representative with a Rental Contract containing certain terms and provisions on the front and reverse sides of the form. **Exhibit 2**. As such, the Rental Contract was the offer. The Rental Contract was signed by Nephi Akina, Planner, for Lessee PHNSY as indicated on the Rental Contract, indicating the government's acceptance and thereby creating a valid contract between the parties. Delivery of the equipment was separately acknowledged by Nephi Akina at 11:59 a.m. on the same date, as indicated by a separate acknowledgment. If the Rental Contract was not an offer to form a contract, there would be no need for two separate signatures requiring the government to indicate its acceptance of the terms contained in the Rental Contract as well as its acceptance of the delivery of the machine. Furthermore, page 3 of the Supply Order provides that inspection **and acceptance** would be determined by the government, thereby indicating that Pacific Machinery's Rental Contract was the original offer. A valid contract was formed between the parties when the government indicated its acceptance on August 30, 1999 on the Rental Contract. The Rental Contract covered the lease of the manlift for the period from August 30, 1999 through September 29, 1999.

On September 29, 1999, FISC issued a Solicitation/Contract, Order for Commercial Items to Contractor for the "EXTENSION OF CONTRACT N0060499M1079 FOR FY00" for the Grove manlift, covering the period from October 1, 1999 to September 30, 2000. See **Exhibit 3**, Solicitation/Contract, Order for Commercial Items (herein "Extension Contract"). This subsequent lease is further confirmation that the original Supply Order was only a proposal and <u>**not**</u> an offer because the agreement to continue the lease term has a start date that begins

immediately after the period in the Rental Contract expired and not after the period in the Supply Order had expired. The August 27, 1999 Supply Order designated the period of performance from August 30, 1999 to October 29, 1999. If the August 27, 1999 Supply Order was the original offer, the lease term would have expired on October 29, 1999, and the Extension Contract would have a start date of October 30, 1999. Instead, the Extension Contract began a whole month earlier on **October 1, 1999**. Thus, it is evident that when the government entered into the extension contract with a start date of October 1, 1999, it considered the Rental Contract to be the governing contract for the lease of the manlift.

By providing that the September 29, 1999 contract was for the **extension of contract** for the manlift, the government agreed to continue to be bound by the terms and conditions in the original Rental Contract. The provisions in the September 29, 1999 Extension Contract constituted additional terms to the original Rental Contract. Haw. Rev. Stat. 490:2A-204 provides that:

> (a) A lease contract may be made in any manner sufficient to show agreement, including conduct by both parties which recognizes the existence of a lease contract.

The parties' conduct in extending the contract is indicative of their agreement and also recognized that a prior lease contract for that particular manlift existed. As such, the provisions on the Rental Contract would still be binding upon the government and the additional terms contained in the Extension Contract are valid modifications and/or additional terms to an earlier contract.

Even if the original Supply Order were considered to be the offer to the original agreement, the terms contained on Pacific Machinery's Rental Contract would still be binding on the government as a valid modification to the lease agreement. The 9th Circuit Court and courts in other jurisdictions have concluded that the UCC is a valid source of law in interpreting contracts in which the federal government is a contracting party. *See*, ***O'Neill v. U.S.***, 50 F.3d 677, 684 (9th Cir.1995) in which the court states, "[t]he Uniform Commercial Code is a source of federal common law and may be relied upon in interpreting a contract to which the federal government is a party. *See also*, ***Clem Perrin Marine Towing, Inc. v. Panama Canal Co.***, 730 F.2d 186, 189 (5th Cir.), *cert denied*, 469 U.S. 1037, 105 S.Ct. 515, 83 L.Ed.2d 405 (1984). *See also*, ***Franklin Pavkov Const. Co. v. Roche***, 2002 WL 99752 (C.A.Fed.2002) ("[a]lthough the Federal Acquisition Regulations are extensive and usually specify the meaning of terms in government contracts, in the past we have relied on the Uniform Commercial Code ("U.C.C.") in cases such as this where a gap needs to be filled or the meaning of a term requires supplementation.") The UCC is therefore applicable to give meaning to the contract or agreements entered into between Pacific Machinery, Inc. and the government.

Hawaii's version of UCC 2-207 pertaining to leases, as codified in HRS § 490:2A-208(b), provides that:

(a) An agreement modifying a lease contract needs no consideration to be binding.

(b) A signed lease agreement that excludes modification or rescission except by a signed writing may not be otherwise modified or rescinded, but, except as between merchants, such a requirement on a form supplied by a merchant must be separately signed by the other party.

Thus, even though the Supply Order may require modifications to be in writing, the terms on Pacific Machinery's Rental Contract serve as a valid modification between the parties since its terms are contained on a form that was separately signed by Nephi Akina, the government's representative.

In any event, the provisions contained on Pacific Machinery's Rental Contract are valid and binding on the government. The accident causing Leroy Fujii's death as well as damage to Pacific Machinery's property occurred on May 20, 2000 and was within the period of performance designated in the agreements entered into between the government and Pacific Machinery.

DAMAGE TO / CONDITION OF LEASED EQUIPMENT

Due to the incident on May 20, 2000, the Grove AMZ131XT manlift sustained extensive damage. The damage to Pacific Machinery's equipment is substantial, making it impossible to transport the equipment by land. The machine has been rendered inoperable due to the damage from the accident as well as the Navy's removal of some limit switches from the control system. The machine's boom was bent in the accident. It is not possible to transport the machine without first straightening the boom. It is apparent that the machine has been damaged to such an extent that it is not functional at this time. Pacific Machinery's property has been in the possession of the government for almost two years. It is Pacific Machinery's understanding that its property is still on the Navy's shipyard and has remained on the shipyard since May 2000.

Pacific Machinery has submitted a claim to its insurance carrier for the property damage. Although final settlement of the claim has not occurred, the insurance carrier has indicated that it will declare the equipment a constructive total loss and has appraised the property at $191,457.77, actual cash value. See, **Exhibit 4,** AON Transmittal dated April 26, 2002, at p. 5.

CLAIMS ASSERTED:

1. Breach of contract for failure to procure property insurance covering the rental property.

The Rental Contract contains the following provisions:

> 23. **INSURANCE.** Lessee, at its sole cost and expense, shall provide and maintain * * * (b) public liability insurance naming Lessor as an additional insured, including products liability coverage, against bodily injury, including death, and against property damage, covering the Equipment, and its storage, transport, condition, repair, maintenance, use and operation[.] * * * All such insurance shall be in a form and in amounts and with companies approved in writing by Lessor and shall remain in force during the entire term of the Lease and from the date risk of loss passes to Lessee until the Equipment is returned to Lessor's possession.
>
> LESSEE ACKNOWLEDGES THAT IT IS FREE TO PROCURE ANY INSURANCE POLICIES REQUIRED BY THIS LEASE FROM ANY INSURANCE COMPANY AUTHORIZED TO DO BUSINESS IN THE STATE OF HAWAII.

Pursuant to the contract provision, the Navy as the Lessee had a duty to procure insurance for the equipment for the entire term of the lease until such time the equipment is returned to Pacific Machinery's possession. The fact that the United States is self-insured does not excuse, waive or otherwise negate the government's contractual obligation to procure insurance. In a letter dated March 5, 2001, the Navy stated that "there is no insurance policy covering the manlift." See, **Exhibit 5**, Letter from Department of the Navy dated March 5, 2001. By its own admission, the Navy has failed to procure the required liability insurance, thereby breaching its contractual duty to do so under its agreement with Pacific Machinery. The government is, therefore, liable to Pacific Machinery for the appraised value of the loss of the equipment in the amount of $191,477.77.

2. Breach of contract for failure to return the leased equipment to Lessor in the condition received.

The Extension Contract provides as follows:

> **Responsibility for Rented Property (Sep 1999)**
> Except for reasonable wear and tear, the Government agrees to return the rented property in as good condition as when received, provided, however, if the rented property is operated by an employee of the contractor, the Government shall not be liable for damage to the rented property incident to such operations.

As of the date of this claim, Pacific Machinery's property is believed to be in the government's possession at the naval shipyard. The equipment is in worse condition than when it was received at PHNSY. At the time the equipment was delivered to PHNSY on August 30,

1999, the manlift was working and operational and continued to function as such until the date of the accident. Due to the damage caused during the accident and the Navy's removal of certain limit switches from the control system, the machine was no longer operable and could not start or move on its own power. Presently, the boom on the machine is bent and the machine's physical configuration prevents it from being moved. It is apparent that the physical damage to the equipment is extensive. It is also apparent that the present condition of the equipment is not the same as when it was first received at PHNSY. The physical damage to the equipment cannot be described as "reasonable wear and tear" by any means. Since the contract term for the lease ran through September 30, 2000, the government should have returned it upon expiration of the lease term. The government, however, continues to retain possession of Pacific Machinery's equipment.

Assuming that the government were to return the machine to Pacific machinery today, the government has clearly failed to return the equipment to Pacific Machinery in as good a condition as the time it was received. The Navy has breached the contract and is liable to Pacific Machinery for the appraised value of the loss of the equipment in the amount of $191,477.77. for its failure to return the rental property in as good a condition as it was received.

3. Breach of contract for failure to comply with requirement that the leased equipment be operated by a fully qualified operator.

The contract provision located just above Lessee's signature block in the Rental Contract provides:

> I warrant to be the LESSEE shown above and /or have the authority to sign as agent for LESSEE. I have read and understood the terms and conditions on the ace and reverse of this agreement. **LESSEE HEREBY WARRANTS THAT ABOVE EQUIPMENT WILL BE OPERATED AT ALL TIMES BY A FULLY QUALIFIED OPERATOR.**
> (emphasis added)

After the accident, the U.S. Department of Labor, Occupational Safety and Health Administration ("DOL"), conducted an investigation and inspection of the area and the equipment from May 22, 2000 to May 31, 2000. The DOL's findings and conclusions from its investigation indicate that PHNSY's failure to conduct proper training for the equipment and failure to perform certain procedures were directly related to the incident which caused damage to Pacific Machinery's property. On September 13, 2000, the DOL issued a Notice of Unsafe or Unhealthful Working Conditions, citing PHNSY for two "serious" violations. See **Exhibit 6.**

Violation Item #1:
The DOL's citation provides:

The employer did not furnish employees places and condition of employment that were free from recognized hazards that were causing or likely to cause death of serious physical harm to employees that operate Self Propelled Aerial Work Platforms without training:

a) Pearl Harbor, Marine Railway #2 - Employees who operate Grove AMZ131XT Self Propelled Aerial Work Platforms were not properly trained. On or about 05/20/00.

Violation Item #2

The DOL's citation provides:

The employer did not furnish employees places and condition of employment that were free from recognized hazards that were causing or likely to cause death of serious physical harm to employees that operate Self Propelled Aerial Work Platforms without training:

a) Pearl Harbor, Marine Railway #2 - The employer did not ensure that the prescribed pre-operational inspection and testing was conducted prior to operating a Grove AMZ131XT Self Propelled Aerial Work Platform. On or about 05/20/00.

The DOL's findings and conclusions from their investigation establish the following:

1. PHNSY operators were not properly trained to operate the Grove AMZ131XT manlifts (See **Exhibit 7**, Worksheet, dated July 20, 2000, 9:22 a.m.)

2. PHNSY had knowledge of and recognized the hazards (See Exhibit 7)

3. PHNSY failed to ensure that employees were properly trained as to those particular hazards or features of the manlift (See Exhibit 7)

4. pre-starting checks were not performed by PHNSY operators as provided in the manufacturer's operator safety handbook (See **Exhibit 8**, Worksheet, dated July 20, 2000, 2:11 p.m.). See also **Exhibit 9**, Grove's Operator's Safety Handbook, Section 4).

5. PHNSY failed to communicate and train its operators (Exhibit 8)

6. a cause of the accident as determined by the Naval Investigation team was attributed to the failure of the riser interlock system switches, **which were not tested prior to use.** (See **Exhibit 8**, 2:11 p.m.).

7. PHNSY failed to communicate the information in the Grove Safety Bulletin to all its operators (See **Exhibit 8**, pages 2-3, items 20 and 23). [In April 2000, Grove issued a Product Safety Bulletin stressing the "the importance of performing regular inspections and daily function testing of the riser interlock system on Grove Manlift Model AMZ131XT aerial work platforms", which was forwarded to PHNSY by Contractor. The Safety Bulletin specifically warns against the danger of the manlift becoming unstable and overturning, the very same thing that happened to the manlift that was operated by PHNSY employees. See **Exhibit 10.**]

On October 10, 2000, the Navy responded to the DOL's citation issued in September 2000 detailing the steps it had taken to abate the violations. See **Exhibit 11,** Navy's Response to DOL, dated October 10, 2000. By it's own admission, the Navy has stated that "the manlift had reached an unstable condition and toppled due to it being operated outside its safe operating envelope." The DOL investigation findings and conclusions establish that PHNSY operators of the Grove AMZ131XT manlift, including Mr. Fujii, were neither properly trained nor properly qualified to operate the equipment. The Navy's failure to ensure that qualified operators used the equipment led to the resulting damage to the property. As such, the Navy breached its contractual obligation and must compensate Pacific Machinery for its financial losses resulting from said breach. The damages sustained by Pacific Machinery include the appraised value of the loss of the equipment in the amount of $191,477.77.

4. <u>Contractual indemnity for liability to the Fujii family in 2 pending lawsuits</u>

Pacific Machinery seeks contractual indemnity for liability in pending lawsuits initiated as a result of Mr. Fujii's death in an incident on May 20, 2000 at the Pearl Harbor Naval Shipyard. The contract provides, in pertinent part:

> 22. **INDEMNITY.** Lessee shall indemnify, defend and hold Lessor, its agents, representatives and employees, harmless from and against any and all claims, actions, liabilities, losses, demands, fines, penalties, expenses and damages of any kind or nature including legal costs, experts' fees, including those incurred on appeal, relating to, connected with, or arising out of the possession, condition, storage, repair, use or operation of the Equipment and from and against any and all claims, actions, liabilities, losses [sic] and damages arising out of this Lease, except claims caused by the sole negligence or willful misconduct of Lessor. The termination of this Lease or taking of

*possession or redelivery shall not terminate the liability of Lessee under this provision.*

Pacific Machinery is a named defendant in the following lawsuits:

(a) Fujii v. Grove Worldwide, LLC, et al., in U.S. District Court, District of Hawaii, Civil No. 01-00267 SOM-KSC; and
(See **Exhibit 12**)

(b) Fujii v. Grove Worldwide, LLC, et al., in First Circuit Court in the State of Hawaii, Civil No. 02-1-0432-02.
(See **Exhibit 13**)

The allegations made in both complaints are related to, connected with, and arise from the use and operation of the Grove AMZ131XT manlift. The Navy is contractually obligated to indemnify Pacific Machinery against liability incurred because of the claims made in the Fujii lawsuits. Since the Navy's duties to Pacific Machinery are contractual in nature, the Navy is not protected by HRS Chapter 386. ***Espaniola v. Cawdrey Mars Joint Venture***, 68 Haw. 171, 707 P.2d 365 (1985). Both lawsuits are presently being litigated. Although a specific amount as to Pacific Machinery's indemnity claim against the Navy cannot be ascertained at this time, a ruling on the Navy's contractual obligations to indemnify Pacific Machinery can and should be determined at this time.

5. Legal fees and costs incurred in defending two lawsuits initiated by the Fujii family, pursuant to the "hold harmless" clause in the indemnity provision in the contract.

The basis for this claim is the indemnity provision in the Rental Contract which provides as follows:

> 22. **INDEMNITY.** Lessee shall indemnify, defend and hold Lessor, its agents, representatives and employees, harmless from and against any and all claims, actions, liabilities, losses, demands, fines, penalties, expenses and damages of any kind or nature including legal costs, experts' fees, including those incurred on appeal, relating to, connected with, or arising out of the possession, condition, storage, repair, use or operation of the Equipment and from and against any and all claims, actions, liabilities, losses [sic] and damages arising out of this Lease, except claims caused by the sole negligence or willful misconduct of Lessor. The termination of this Lease or taking of possession or redelivery shall not terminate the liability of Lessee under this provision.

As described above, there are two lawsuits, one in federal court and the other in state court, in which Pacific Machinery is a named defendant. The allegations made in both

complaints are related to, connected with and arise from the use and operation of the Grove AMZ131XT manlift. The Navy is contractually obligated to pay for Pacific Machinery's defense to the lawsuits under ***Pancakes of Hawaii, Inc. v. Pomare Properties Corp.***, 85 Hawai'i 286, 944 P.2d 83 (App. 1997). Since the Navy's duties to Pacific Machinery are contractual in nature, the Navy is not protected by HRS Chapter 386. ***Espaniola v. Cawdrey Mars Joint Venture***, 68 Haw. 171, 707 P.2d 365 (1985). Both lawsuits are presently being litigated. Although a specific amount as to Pacific Machinery's indemnity claim against the Navy cannot be ascertained at this time, a ruling on the Navy's contractual obligations to indemnify Pacific Machinery can and should be determined at this time.

6. <u>Rental income in the amount of $36,000.00 pursuant to contract.</u>

The relevant portions of a contract provision in the Extension Contract provides :

> **Rental (Sep 1999)**
>
> The Government will pay rent for the property at the rental specified herein. In the case of property rented at a monthly rental rate, the rent shall begin with respect to such property at the beginning of the term of this lease, and shall continue to the date on which this lease expires or is terminated with respect to said property; and rent accruing during the month of delivery of any property and the month of return of any property to the Contractor shall be prorated on the basis of a thirty-day month.

Pursuant to the agreement entered into between Pacific Machinery and the Navy, Pacific Machinery is entitled to the lost rental income amounts due for the remainder of the contract term through September 30, 2000. The monthly rental for the manlift was $9,000.00. See, Exhibit 3, Extension Contract, issued September 29, 1999. As such, the total lost rental revenue for the remainder of the contract term is $36,000 (period of loss from June 1 to September 30, 2000 = 4 months x $9,000/month in rental income = $36,000). Pacific Machinery has not received payment of said amounts that are properly due and owed to it by the government. The lease for the manlift did not expire and was not terminated with respect to said property. The government cannot claim that rent did not accrue under the lease due to any failure by Pacific Machinery to render services in connection with operation and maintenance. Upon delivery to the government, Pacific Machinery furnished property which was of good quality and in good operating condition. The government used the property for months and is thereby deemed to have inspected and accepted the property. There is no indication that the government rejected said property. Accordingly, the government has breached its agreement and is liable to Pacific Machinery for its failure to pay rental amounts for the balance of the lease term.

7. Payment of interest on all claims pursuant to FAR 52.233-1(h).

FAR 52.233-1(h) provides:

> The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment.

Accordingly, payment of interest on all claims submitted herein are claimed pursuant to FAR 52.233-1(h).

## CERTIFICATION OF CLAIM

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Executed at Honolulu, Hawaii, on May 10, 2002.

Sharon L Amano

Sharon Amano
Vice President Chief Financial Officer,
Pacific Machinery, Inc.

Subscribed and sworn to before me
this 10th day of May, 2002.

Suzanna J Bocobo

Notary Public, State of Hawaii

Suzanna J. Bocobo

(Print name)
My commission expires: 08-29-03

L.S.