IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1906C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rules 1 and 7(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court stay discovery in the above-captioned case, including the filing of the parties' expert reports and future discovery requests, pending the Court's resolution of Defendant's Motion to Dismiss or, In The Alternative, Motion For Partial Summary Judgment.[1] Plaintiff's counsel has indicated to defendant's counsel that plaintiff does not oppose this motion.

Pursuant to RCFC 12(b)(1) and 56, defendant is filing today its motion to dismiss for lack of subject matter jurisdiction or, in the alternative, motion for partial summary judgment. A stay of proceedings in this case is within the power and discretion of this Court. See Landis v. North American Co., 299 U.S. 248, 254 (1936). It would be inefficient for the parties to engage in discovery pending resolution of a motion to determine whether plaintiff, American Home

---

[1] On April 7, 2004, this Court ordered the parties to complete discovery by March 31, 2005, ordered plaintiff to produce any expert reports by December 28, 2004, ordered defendant to produce any expert reports by January 31, 2005, and further ordered the parties to file a joint status report by April 14, 2005. Defendant respectfully requests that the deadlines imposed pursuant to the Court's April 7, 2004 order be stayed pending resolution of defendant's Motion to Dismiss or, In The Alternative, Motion For Partial Summary Judgment.

Assurance Company, is a proper plaintiff within this Court's jurisdiction. Accordingly, in the interest of efficiency and to best utilize our resources, we request that discovery be delayed until after the resolution of defendant's motion.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion to stay discovery pending resolution of defendant's motion to dismiss or, in the alternative, motion for partial summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ TODD M. HUGHES
TODD M. HUGHES
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

Attorneys for Defendant

Of Counsel:

ELIZABETH RIVERA
Counsel
Fleet and Industrial Supply
Center
1942 Gaffney St.
Suite 100
Pearl Harbor, HI 96860
Tele: (808) 473-4144
Fax: (808) 473-2797

November 24, 2004

CERTIFICATE OF FILING

I hereby certify that on November 24, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK