**UNITED STATES COURT OF FEDERAL CLAIMS**

**CIVIL ACTION NO. 03-1906C**

AMERICAN HOME ASSURANCE COMPANY :
as Subrogee of Pacific Machinery, Inc. :
900 Dominion Towner :
625 Liberty Avenue :
Pittsburgh, PA 15222 :
:
and :
:
PACIFIC MACHINERY, INC. :
94-025 Farrington Highway :
Waipahu, Hawaii 96797-2201 :

Plaintiffs

v.

UNITED STATES OF AMERICA
(Department of Navy, Fleet and Industrial Supply Center)
1942 Gaffney Street
Suite 100
Pearl Harbor, Hawaii 96880-4549

and

(Pearl Harbor Naval Shipyard)
667 Avenue E, Suite 100
Pearl Harbor, Hawaii 96860-5033

Defendant

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE THE TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs, American Home Assurance Company and Pacific Machinery, respectfully request that

the Court enlarge the time for Plaintiffs to respond to Defendant's Motion to Dismiss or, in the alternative, Motion for Partial Summary Judgment in the above-captioned case. Defendant's counsel has indicated to Plaintiffs' counsel that Defendant does not oppose this Motion.

On November 24, 2004, Defendant filed its Motion to Dismiss, or, in the alternative, Motion for Partial Summary Judgment. As a result, the Court ordered that Plaintiffs' response would be due by December 27, 2004. Plaintiffs respectfully request that they be granted an additional 23 days to respond to this Motion. Therefore, if this enlargement of time were granted, Plaintiffs' response would now be due on January 21, 2005. Plaintiffs have not asked the Court for an enlargement of time at any point prior to this Motion, or with regard to any other Motion filed by Defendant.

Plaintiffs' request for an enlargement of time is based upon the fact that Plaintiffs' counsel will be out of the office for multiple days in the month of December. At this time, Plaintiffs' counsel will be out of the office on appointments with regard to various mediations during that time frame. Furthermore, counsel will also not be in the office during the final days of December and early January 2005 as a result of the holiday season.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant its Motion to Enlarge the Time for responding to Defendant's Motion to Dismiss or, in the alternative, Motion for Partial Summary Judgment.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY:________________________
BRIAN E. TETRO
Attorney for Plaintiffs

Date:_____________

**UNITED STATES COURT OF FEDERAL CLAIMS**

**CIVIL ACTION NO. 03-1906C**

AMERICAN HOME ASSURANCE COMPANY :
as Subrogee of Pacific Machinery, Inc. :
900 Dominion Towner :
625 Liberty Avenue :
Pittsburgh, PA 15222 :
:
and :
:
PACIFIC MACHINERY, INC. :
94-025 Farrington Highway :
Waipahu, Hawaii 96797-2201 :

Plaintiffs

v.

UNITED STATES OF AMERICA
(Department of Navy, Fleet and Industrial Supply Center)
1942 Gaffney Street
Suite 100
Pearl Harbor, Hawaii 96880-4549

and

(Pearl Harbor Naval Shipyard)
667 Avenue E, Suite 100
Pearl Harbor, Hawaii 96860-5033

Defendant

**CERTIFICATE OF FILING**

I hereby certify that on ______ day of December, 2004, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the

court's electronic filing system. The parties may access this filing through the Court's system.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY:________________________
BRIAN E. TETRO
Attorney for Plaintiffs

Date:_____________