**UNITED STATES COURT OF FEDERAL CLAIMS**

**CIVIL ACTION NO. 03-1906C**

JUDGE BLOCK

AMERICAN HOME ASSURANCE COMPANY
as Subrogee of Pacific Machinery, Inc.
900 Dominion Towner
625 Liberty Avenue
Pittsburgh, PA 15222

and

PACIFIC MACHINERY, INC.
94-025 Farrington Highway
Waipahu, Hawaii 96797-2201

Plaintiffs

v.

UNITED STATES OF AMERICA
(Department of Navy, Fleet and Industrial Supply Center)
1942 Gaffney Street
Suite 100
Pearl Harbor, Hawaii 96880-4549

and

(Pearl Harbor Naval Shipyard)
667 Avenue E, Suite 100
Pearl Harbor, Hawaii 96860-5033

Defendant

**PLAINTIFFS' MOTION TO STRIKE MOTION TO ENLARGE THE TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT FILED ON DECEMBER 7, 2004**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs, American Home Assurance Company and Pacific Machinery, filed an unopposed motion to enlarge the time for Plaintiffs to respond to Defendant's Motion to Dismiss or, in the alternative, Motion for Partial Summary Judgment in the above-captioned case on December 7, 2004.

That motion was defective in that the counsel of record had inadvertently not signed the motion and the name of judge was not on the motion.

The Plaintiffs request that the Court strike the motion filed on December 7, 2004 and that the identical motion filed on the same day as this Motion to Strike be accepted for filing in place of the motion filed on December 7, 2004.

Respectfully submitted,

BY:/s/Nicholas G. Karambelas

NICHOLAS G. KARAMBELAS
Attorney for Plaintiffs
1201 Pennsylvania Avenue, NW #300
Washington, DC 20004
Tel. (202) 661-4614

**UNITED STATES COURT OF FEDERAL CLAIMS**

**CIVIL ACTION NO. 03-1906C**

AMERICAN HOME ASSURANCE COMPANY :
as Subrogee of Pacific Machinery, Inc. :
900 Dominion Towner :
625 Liberty Avenue :
Pittsburgh, PA 15222 :

JUDGE BLOCK

and

PACIFIC MACHINERY, INC. :
94-025 Farrington Highway :
Waipahu, Hawaii 96797-2201 :

Plaintiffs

v.

UNITED STATES OF AMERICA
(Department of Navy, Fleet and Industrial Supply Center)
1942 Gaffney Street
Suite 100
Pearl Harbor, Hawaii 96880-4549

and

(Pearl Harbor Naval Shipyard)
667 Avenue E, Suite 100
Pearl Harbor, Hawaii 96860-5033

Defendant

## **CERTIFICATE OF FILING**

I hereby certify that on __13____ day of December, 2004, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the

court's electronic filing system. The parties may access this filing through the Court's system.

Respectfully submitted,

BY:/s/Nicholas G. Karambelas
NICHOLAS G. KARAMBELAS
Attorney for Plaintiffs