**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY as Subrogee of Pacific Machinery, Inc. and PACIFIC MACHINERY, INC. Plaintiffs v. UNITED STATES OF AMERICA (Department of Navy, Fleet and Industrial Supply Center) and (Pearl Harbor Naval Shipyard) Defendant | **CIVIL ACTION NO. 03-1906C** **(JUDGE BLOCK)** |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs respectfully request that the Court permit Plaintiffs to Amend the case caption in the instant action so that it properly reflects Plaintiff, Pacific Machinery's right to pursue an action against Defendant, United States, for the use and benefit of its insurer, Plaintiff, American Home Assurance Company ("AHAC").

Plaintiffs are also filing today their Response to Defendant's Motion to Dismiss or, in the alternative, Motion for Partial Summary Judgment. In their Response, Plaintiffs agree that Plaintiff, AHAC, should be dismissed as a party to this litigation for the reasons stated in their Brief. Nevertheless, Plaintiffs argue that as a matter of law, Plaintiff, AHAC, may invoke its subrogation rights before this Court by having its insured, Plaintiff, Pacific Machinery, pursue them through an action brought for the use and benefit of its insurance carrier. Plaintiffs request that they be permitted leave of Court to amend the case caption in the above referenced action so that it reflects the following:

> Pacific Machinery, Inc. and Pacific Machinery, Inc., for the use and benefit of American Home Assurance Company

For the foregoing reasons, Plaintiffs respectfully request that the Court grant its Motion for Leave to Amend Caption pursuant to RCFC 15.

BY:____/s/ nicholas g. karambelas__
NICHOLAS G. KARAMBELAS
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20004
Tel. (202) 661-4614
Attorney of Record for Plaintiffs

Date: January 19, 2005

OF COUNSEL:

BY: Brian E. Tetro
BRIAN E. TETRO
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103