**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMERICAN HOME ASSURANCE COMPANY as Subrogee of Pacific Machinery, Inc.
and
PACIFIC MACHINERY, INC.
Plaintiffs

v.

UNITED STATES OF AMERICA
(Department of Navy, Fleet and Industrial Supply Center)
and
(Pearl Harbor Naval Shipyard)
Defendant

**CIVIL ACTION NO. 03-1906C**

**(JUDGE BLOCK)**

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to Rule 56(d) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs respectfully submit their Proposed Findings of Uncontroverted Fact. [1]

1. On May 20, 2000, Leroy Fujii, a naval shipyard employee, was killed in an accident while operating the Manlift provided in CLIN 0004 of the Contract(s), at issue, Grove Model No. AMZ131XT, Serial No. 46173. Compl. Pgs. 13, 14. As a result of the accident, this Manlift was damaged. Id.

2. On July 14, 2000, Pacific Machinery and the Navy executed modification no. 4, a bilateral modification terminating the remaining four-month rental period for a131' manlift and, accordingly, reduced the total contract by $36,000.00. This modification applied to manlift CLIN0001. CLIN0001 was not involved in the May 20, 2000 accident.

BY: /s/ nicholas g karambelas

NICHOLAS G. KARAMBELAS

Sfikas & Karambelas, LLP

1201 Pennsylvania Avenue, N.W.
Suite 300

[1] Plaintiffs do not contest most of the facts set forth by Defendant in its Proposed Findings of Uncontroverted Fact. However, to the extent that Plaintiffs do Defendant's recitation of the facts, Plaintiffs note that discrepancy in the text. Plaintiffs also reserve the right to contest any other facts raised by Defendant in their proposed findings at a later time.

Washington, DC 20004
Tel. (202) 661-4614

Attorney of Record for Plaintiffs

Date: January 19, 2005

OF COUNSEL:

BY: Brian E. Tetro

BRIAN E. TETRO
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103