IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1906C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including February 28, 2005, to file a reply to plaintiff's response to Defendant's Motion to Dismiss or, In The Alternative, Motion For Partial Summary Judgment, and a response to plaintiff's Motion For Leave to Amend The Complaint in the above-captioned matter. Our reply brief and our response to plaintiff's motion are currently due on February 7, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated to the counsel for defendant that plaintiff does not oppose this request.

The requested enlargement of time is necessary due to defendant's counsel's responsibilities in other cases. In the United States Court of Federal Claims, defendant's counsel must prepare for trial in Universal Shelters of America, Inc. v. United States, 00-726C, scheduled for February 1, 2005, through February 4, 2005. In the United States Court of Appeals for the

Federal Circuit, respondent's counsel must prepare respondent's brief in Robert L. Haas v. Office of Personnel Management, No. 04-3450, due on February 15, 2005, and in Edward J. Reynolds v. Department of the Army, No. 05-3025, due on February 22, 2005 (enlargement pending). In the United States Court of International Trade, respondent's counsel must also prepare the Government's brief in Allied Tube v. United States, No. 04-00439, due on February 15, 2005.

We are mindful that the press of business is not, in and of itself, a basis for an enlargement of time. However, we respectfully request a 21-day enlargement of time in this case in order to provide adequate time for defendant's counsel to prepare thorough responsive briefs that will be of greatest benefit to the Court.

Counsel will need the additional time to prepare our briefs, coordinate the contents of our brief with agency counsel, and obtain necessary internal review. An extension of 21 days will allow counsel to accomplish these necessary tasks prior to filing our briefs.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may reply to plaintiff's response to our dispositive motion, and our response to plaintiff's motion for leave to amend the complaint, by 21 days, to and including February 28, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ TODD M. HUGHES
TODD M. HUGHES
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

Attorneys for Defendant

Of Counsel:

ELIZABETH RIVERA
Counsel
Fleet and Industrial Supply Center
1942 Gaffney St.
Suite 100
Pearl Harbor, HI 96860
Tele: (808) 473-4144
Fax: (808) 473-2797

January 31, 2005

CERTIFICATE OF FILING

I hereby certify that on January 31, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK