**ATTACHMENT A**

**DECLARATION OF JAMES B. POWERS**

I, James B. Powers, declare under penalty of perjury that the following are true to the best of my knowledge and belief,

1. I am the Deputy Director, Regional Contracting Department, Fleet and Industrial Supply Center, Pearl Harbor, Hawaii. I have been in this position since December 2000.

2. As the Deputy Director, one of my duties is to carry out the responsibilities of a contracting officer. I have a contract warrant to purchase unlimited supplies and services for the U. S. Navy.

3. I am the contracting officer of record for the claim filed by Pacific Machinery.

4. Nephi Akina is an employee of the Pearl Harbor Naval Shipyard. He was not a contracting officer on August 30, 1999, when he signed a delivery receipt. Mr. Akina did not have a contract warrant, hence, he had no authority to purchase any services from Pacific Machinery or to bind the government in any contract.

Date: February 24, 2005

James B. Powers