# United States Court of Federal Claims

No. 03-1906C
April 22, 2005

**American Home Assurance Co., *et al.*,**

***Plaintiffs*,**

**v.**

**United States of America,**

***Defendant.***

**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**

On January 19, 2005, plaintiffs filed a Motion for Leave to Amend Complaint pursuant to RCFC 15. Defendant does not oppose this motion. *See* Def.'s Reply to Pl.'s Response to Def.'s Mot. to Dismiss at 2. For the reasons provided in the plaintiffs' motion, that motion is **GRANTED** and plaintiff is granted leave to amend its complaint to reflect Pacific Machinery, Inc., for the use and benefit of American Home Assurance Company, as a party to the amended complaint. Plaintiff is **ORDERED** to file its amended complaint no later than Friday, April 29, 2005, and the caption in all future filings shall reflect Pacific Machinery, Inc. as the party of interest in this matter.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**