# United States Court of Federal Claims

No. 03-1906 C
August 29, 2005

**Pacific Machinery, Inc.,**

***Plaintiff*,**

**v.**

**United States of America,**

***Defendant*.**

**SCHEDULING ORDER**

On May 2, 2005 the court issued an Order and Opinion in this case resolving several of plaintiff's claims. The parties are **ORDERED** to confer regarding the possibility of settlement in this matter, and shall file a joint status report no later than Friday, September 30, 2005 apprising the court of the progress of any settlement discussions. In the event that settlement is not feasible, the parties shall refer to Appendix A of the Rules of the Court of Federal Claims and propose a course of action consistent with this court's rules.

s/*Lawrence J. Block*
**Lawrence J. Block**
**Judge**