IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC MACHINERY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1906C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss the complaint with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ NICHOLAS G. KARAMBELAS
NICHOLAS G. KARAMBELAS, ESQ.
Sfikas & Karambelas, LLP
1201 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20004
Tele: (202) 661-4614
Fax: (202) 363-2882

September 26, 2005

Attorney for Plaintiff

S/ TODD M. HUGHES
TODD M. HUGHES
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

September 27, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 27th day of September, 2005, a copy of the foregoing signed "JOINT STIPULATION FOR DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ KELLY B. BLANK